

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

No. 08-26-00127-CR

In re Kevin Nichols, Relator

## AN ORIGINAL PROCEEDING IN MANDAMUS

## MEMORANDUM OPINION

On March 26, 2026, Relator, Kevin Nichols, filed a single-page handwritten document, which does not provide a case style, requesting that we "arrest [and] charge [an identified person] with 28 USC 1741 penalty of perjury [sic]" and that we "charge [two other persons] with treason for violating their oath[s] of office." Nichols states that his requests are "always in mandamus." We construe the document as a petition initiating an original appellate proceeding seeking

extraordinary relief.[1] *See* Tex. R. App. P. 52.1 (stating that a petition filed in an appellate court seeking extraordinary relief, such as a writ of mandamus or a writ of quo warranto, commences an original appellate proceeding).

As an intermediate appellate court, we lack jurisdiction to initiate or to compel the initiation of a criminal prosecution. *See In re LaRue*, No. 08-25-00215-CR, 2025 WL 2609571, at *1 (Tex. App.—El Paso Sept. 9, 2025, orig. proceeding) (mem. op.) (not designated for publication); *In re Vineyard*, No. 07-03-0311-CV, 2003 WL 21688108, at *1 (Tex. App.—Amarillo July 18, 2003, orig. proceeding) (mem. op.) (per curiam).

We dismiss the petition for want of jurisdiction.


MARIA SALAS MENDOZA, Chief Justice

April 1, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

(Do Not Publish)

---

[1] We note that Nichols' petition does not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 9.1(b), 9.4, 9.5, 52.3, 52.7.